FILED

Dec 23 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA,<br><br>      Plaintiff,<br><br>  v.<br><br>MARK GUARDADO, JR.,<br><br>      Defendant. | Case No. 20-cr-00431-VC-1 (LB)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant on **WEDNESDAY, DECEMBER 23, 2020 at 7:00 a.m.** to enter Pathways.

**IT IS SO ORDERED.**

Dated: December 22, 2020

_____
LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 20-cr-00431-VC-1