JODI LINKER
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant GUARDADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR  20-00431-VC-1 |
| --- | --- |
| Plaintiff, | CR 21-00470-VC |
| v. | |
| MARK GUARDADO, JR. et al, | STIPULATION AND [PROPOSED] ORDER REGARDING CAP REFERRAL |
| Defendant. | |

A post-sentencing status conference in this case is set for March 29, 2023. The Court and the parties have received a Conviction Alternatives Program (CAP) Evaluation from Pretrial Services, which recommends that Mr. Guardado participate in CAP. Accordingly, Mr. Guardado, together with counsel for the United States, hereby moves this Court for an order vacating the March 29, 2023, status conference and referring Mr. Guardado for an interview with the Oakland CAP court. If Mr. Guardado is not accepted into that program for any reason, the parties will contact this Court to schedule a further status conference.

//

*US v. Guardado,* Case No. 20-00431-VC-1/ CR 21-00470-VC;
[PROPOSED] ORD. RE CAP REFERRAL                     1

IT IS SO STIPULATED.

DATED:                                                              SIGNED:

March 28, 2023                                                      /s/
Date                                                                BARBARA VALLIERE
                                                                    Assistant United States Attorney

March 28, 2023                                                      /s/
Date                                                                GABRIELA BISCHOF
                                                                    Attorney for Defendant Guardado

GOOD CAUSE APPEARING, IT IS SO ORDERED.

_____                                                 _____
Date                                                                VINCE CHHABRIA
                                                                    United States District Judge

*US v. Guardado,* Case No. 20-00431-VC-1/ CR 21-00470-VC;
[PROPOSED] ORD. RE CAP REFERRAL                2